ROANNE L. MANN  DATE: Jan. 7, 2020
UNITED STATES MAGISTRATE JUDGE  START: 3:35 pm
  END: 4:00 pm

DOCKET NO: 19-cv-05637

CASE: <u>ABH Nature's Products, Inc. et al v. Supplement Manufacturing Partner, Inc. et. al.</u>

☒ INITIAL CONFERENCE  ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE  ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | James Murphy |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Brett Lewis |
|  |  |
|  |  |

☐ **FACT** DISCOVERY TO BE COMPLETED BY July 31, 2020
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The case is sent to court-annexed mediation. A joint status report is due by March 31, 2020.

Initial disclosures shall be served by January 21, 2020. Pleadings may be amended and new parties added until February 14, 2020.

The Court defers scheduling expert discovery and dispositive motions.