

September 26, 2020

*Via ECF*

Hon. LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **ABH Nature's Products, Inc. and ABH Pharma, Inc. v. Supplement Manufacturing Partner, Inc. d/b/a SMP Nutra, et al.**
            **Case No.: 19-cv-5637-LDH RLM**
            <u>**LJAA File No.: 0021.1866.001C**</u>

Dear Judge Hall:

This firm represents ABH Nature's Products, Inc., ABH Pharma, Inc. and Jahirul Islam, Plaintiffs and/or Counterdefendants in this case (collectively, "Plaintiffs/Counterdefendants").

We write seeking permission from the Court to move *ex parte* to withdraw as counsel for Plaintiffs/Counterdefendants in connection with the referenced action. The reason we are seeking permission to move *ex parte* is because certain grounds upon which our application is based involve communications and information that are protected by the attorney-client privilege and cannot be disclosed to third parties. In addition, we would like to avoid any unnecessary embarrassment or prejudice to Plaintiffs/Counterdefendants in connection with the claims asserted herein.

In light of the foregoing, we respectfully request leave to file a letter motion to withdraw *ex parte* directly with the Court. We thank the Court for its attention to this matter.

Respectfully submitted,

*[signature]*

James F. Murphy
jfmurphy@lewisjohs.com
*Islandia Office*
JFM/msag

One CA Plaza, Suite 225, Islandia NY 11749   631.755.0101   Fax 631.755.0101   www.lewisjohs.com

New York City   |   Long Island



cc:    Lewis & Lin, LLC
       Brett E. Lewis, Esq.
       *Attorneys for Defendants/Counterclaimants*
       *Via ECF*