| ROANNE L. MANN | DATE: October 27, 2020 |
|---|---|
| UNITED STATES MAGISTRATE JUDGE | START: 3:00 p.m. |
| | END: 3:35 p.m. |

**DOCKET NO:** 19-cv-5637 (LDH)

**CASE:** ABH Nature's Products, Inc. et al v. Supplement Manufacturing Partner, Inc. et. al.

- ☐ INITIAL CONFERENCE ☐ OTHER/*CHEEKS* HEARING
- ☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
- ☐ SETTLEMENT CONFERENCE ☐ TELEPHONE CONFERENCE
- X MOTION HEARING ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

**ATTORNEY**

| | James Murphy, Counterdefendant Jahirul Islam also present |
|---|---|
| | |
| | |

**DEFENDANT**

**ATTORNEY**

| | |
|---|---|
| | |
| | |

- ☐ FACT DISCOVERY TO BE COMPLETED BY _____
- ☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

*Ex parte* hearing held on Mr. Murphy's [35] motion to withdraw. Counsel confirms that his firm does not assert a lien. The Court informs Mr. Islam that an entity cannot appear in federal court without counsel and that plaintiffs' failure to retain new counsel will result in dismissal of plaintiffs' claims and default judgment against the entity counterclaim defendants.

For the reasons stated on the record, counsel's motion to withdraw is granted. By November 3, 2020, defendants must file a letter advising whether they consent to stay the case to permit plaintiffs to retain new counsel, and, if so, for how long.