UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X Case No.: 19-CV-05637(LDH)(RLM)

ABH NATURE'S PRODUCTS, INC. and
ABH PHARMA, INC.,

      Plaintiffs,

  -against-

SUPPLEMENT MANUFACTURING PARTNERS,
INC. d/b/a SMP NUTRA, FUTURE PACK
FULFILLMENT, INC., JOSEPH IMPERIO, alias
FRANK CANTONE, STEVEN MILANO, WILLIAM
CARTWRIGHT and JOHN DOES NOS. 1-10,

      Defendants.
-------------------------------------------------------------

**NOTICE OF APPEARANCE**

TO: The Clerk of Court and all Parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs/Counterclaim Defendants ABH Nature's Products, Inc., ABH Pharma, Inc. and Jahirul Islam.

Dated: East Meadow, New York
    January 8, 2021

          CERTILMAN BALIN ADLER & HYMAN, LLP

         By: /s/ *Douglas E. Rowe*
           Douglas E. Rowe, Esq.
         *Attorneys for Plaintiffs/Counterclaim Defendants*
         90 Merrick Avenue, 9th Fl.
         East Meadow, NY 11554
         (516) 296-7000
         drowe@certilmanbalin.com