UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X Case No.: 19-CV-05637(LDH)(RLM)

ABH NATURE'S PRODUCTS, INC. and
ABH PHARMA, INC.,

                Plaintiffs,

-against-

SUPPLEMENT MANUFACTURING PARTNERS,
INC. d/b/a SMP NUTRA, FUTURE PACK
FULFILLMENT, INC., JOSEPH IMPERIO, alias
FRANK CANTONE, STEVEN MILANO, WILLIAM
CARTWRIGHT and JOHN DOES NOS. 1-10,

                Defendants.
-------------------------------------------------------------

**NOTICE OF APPEARANCE**

TO:    The Clerk of Court and all Parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs / Counterclaim Defendants ABH NATURE'S PRODUCTS, INC., ABH PHARMA, INC. and Jahirul Islam.

Dated: East Meadow, New York
         January 8, 2021

                                            CERTILMAN BALIN ADLER & HYMAN, LLP

                                            By: /s/ *James A. Rose*
                                                  James A. Rose, Esq.
                                                  *Attorneys for Plaintiffs/Counterclaim Defendants*
                                                  90 Merrick Avenue, 9th Fl.
                                                  East Meadow, NY 11554
                                                  (516) 296-7000
                                                  jrose@certilmanbalin.com

7307521.1