UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X Case No.: 2:19-CV-05637(LDH)(RLM)
ABH NATURE'S PRODUCTS, INC. and
ABH PHARMA, INC.,
                     Plaintiffs,

-against-                               **NOTICE**
                                           **OF APPEARANCE**

SUPPLEMENT MANUFACTURING PARTNERS,
INC. d/b/a SMP NUTRA, FUTURE PACK
FULFILLMENT, INC., JOSEPH IMPERIO, alias
FRANK CANTONE, STEVEN MILANO, WILLIAM
CARTWRIGHT and JOHN DOES NOS. 1-10,

                     Defendants.
------------------------------------------------------------

TO:    The Clerk of Court and all Parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs/Counterclaim Defendants ABH Nature's Products, Inc., ABH Pharma, Inc. and Jahirul Islam.

Dated: April 19, 2021

                                                              CERTILMAN BALIN ADLER & HYMAN, LLP

                                                              By: _____
                                                                  Thomas J. Monroe, Esq.
                                                                *Attorneys for Plaintiffs/Counterclaim Defendants*
                                                                90 Merrick Avenue, 9th Fl.
                                                                East Meadow, NY 11554
                                                                (516) 296-7193

7392234.1